**Cesia Yamileth BERMUDEZ–MENDOZA, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–70218.**

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2013.*

Filed May 20, 2013.

Cesia Yamileth Bermudez–Mendoza, Santa Ana, CA, pro se.

Judith Roberta O'Sullivan, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the

Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

MEMORANDUM **

Cesia Yamileth Bermudez–Mendoza, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's ("IJ") denial of her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

In her opening brief, Bermudez–Mendoza fails to address, and therefore has waived, any challenge to the BIA's determination that the IJ lacked jurisdiction to reopen her proceedings. *See Rizk v. Holder*, 629 F.3d 1083, 1091 n. 3 (9th Cir. 2011) (issues not raised in the opening brief may be deemed waived). Because the issue of the IJ's jurisdiction is dispositive, we need not reach the contentions Bermudez–Mendoza raises in her opening brief regarding eligibility for asylum.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.